UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GABRIEL GARCIA ALVARADO**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTAMENTO DE EDUCACION DE LOS ESTADOS UNIDOS (U.S. DEPARTMENT OF EDUCATION),**<br><br>**Defendant.** | **CIVIL NO.** |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COMES NOW, Defendant U.S. Department of Education through the undersigned attorneys, to very respectfully allege and pray as follows:

1. The U.S. Department of Education is a Defendant in a civil action now pending before the Court of First Instance Commonwealth of Puerto Rico, Superior Court, San Juan Part, Case Number SJ2018CV02462(803). Trial has not been held in that case.

2. The foregoing civil action was commenced against Defendant, the U.S. Department of Education, an agency of the Government of the United States of America. Copies of the pleadings served on Defendant are attached hereto in the Spanish language pending translation.

3. This notice for removal is brought pursuant to title 28, U.S.C. §§1441, Title 28 U.S.C. §§1442(a)(1), 28 U.S.C. 1446, and 28 U.S.C. §§1447. The action in state court, filed against the

Gabriel Garcia-Alvarado v. United States of America
Civil No.

appearing Defendant, is a civil action against an agency or instrumentality of the Federal Government of the United States of America.

WHEREFORE, in view of the above, the present action shall stand removed from the Court of First Instance of the Commonwealth of Puerto Rico Superior Court, San Juan Part, to the United States District Court for the District of Puerto Rico.

I HEREBY CERTIFY that on this date a true copy of the foregoing Notice of Removal and related documentation has been mailed to Plaintiff Gabriel Garcia-Alvarado thru his attorney, Antonio Bauza-Torres, 602 Muñoz Rivera Ave., Le Mans Building, Room 402, Hato Rey, Puerto Rico, 00921 and also emailed to the attorney at abauza0418@yahoo.com.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 24th day of May, 2018.

**Rosa E. Rodriguez-Velez**
**United States Attorney**

S/Fidel A. Sevillano-Del Río
FIDEL A. SEVILLANO-DEL RIO
Assistant U.S. Attorney
U.S.D.C.-P.R. 117812
Torre Chardón, Suite 1201
350 Carlos Chardón St.
San Juan, Puerto Rico 00918
Tel. (787) 282-1844
Fax (787) 766-6219
E-mail fidel.sevillano@usdoj.gov